**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __California__
(State)

Case number (If known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  
   Peppertree Land Company

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  
   9 5 – 3 5 6 5 3 1 1

4. **Debtor's address**

   **Principal place of business**

   5256 S. Mission Rd  
   Number   Street

   Suite 905

   Bonsall        CA   92003  
   City           State  ZIP Code

   San Diego  
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City           State  ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City           State  ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**  
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☑ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

000001

Debtor __Peppertree Land Company__   Case number (*if known*)_____
       Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   __5__ __3__ __1__ __1__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When _____ Case number _____
                                         MM / DD / YYYY
            District _____ When _____ Case number _____
                                         MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ☐ No
    - ☑ Yes. Debtor __Duane Scott Urquhart__   Relationship __Managing GP__
             District __Southern District of California__   When __08/13/2017__
                                                                  MM / DD / YYYY
             Case number, if known __17-04846-LT11__

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page **2**

000002

Debtor __Peppertree Land Company__          Case number *(if known)*_____
         Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number      Street

_____
City                                           State      ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

15. **Estimated assets**

| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Official Form 201             Voluntary Petition for Non-Individuals Filing for Bankruptcy             page **3**

000003

Debtor   Peppertree Land Company                           Case number (if known) _____
         Name

16. Estimated liabilities
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/17/2017
              MM / DD / YYYY

X _____         Duane Urquhart
Signature of authorized representative of debtor    Printed name

Title   Managing General Partner

18. Signature of attorney

X _____         Date   8/28/2017
Signature of attorney for debtor                MM / DD / YYYY

Marshall J. Hogan
Printed name
Foley & Lardner LLP
Firm name
3579 Valley Centre Dr., Suite 100
Number    Street
San Diego                                CA      92130
City                                     State   ZIP Code

(858)847-6743                            mhogan@foley.com
Contact phone                            Email address

286147                                   CA
Bar number                               State

**Fill in this information to identify the case:**

Debtor name: Peppertree Land Company

United States Bankruptcy Court for the: Southern District of California (State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders       12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Meritage Homes c/o Ed Huguenin | 3741 Douglas Blvd. #290 Roseville, CA 95661 | Judgment | Disputed | | | $6,100,000 |
| 2 | Farmers and Merchants Bank | PO Box 21337 Long Beach, CA 90801 (562) 495-7710 | Bank Loan | | $1,750,000 | | |
| 3 | Duane S. Urquhart Enterprises | 1692 Lochness Drive Fallbrook, CA 92028 | Professional Services | | $1,495,745 | | |
| 4 | Lauer, Georgatos & Covel, APC | 525 B Street, Suite 1470 San Diego, CA 92101 | Professional Services | | | | $1,800 |
| 5 | Byron & Edwards, APC | 530 B Street, Suite 610 San Diego, CA 92101 | Professional Services | | | | $1,795 |
| 6 | Fallbrook Public Utility District | P.O. Box 2290 Fallbrook, CA 92088 | Utility | | | | $1,653 |
| 7 | Grangetto's Farm & Garden Supply Company | P.O. Box 463095 Escondido, CA 92046 | Materials | | | | $674 |
| 8 | San Diego Gas and Electric | 571 Enterprise Street Escondido, CA 92029 | Utility | | | | $321 |

Byron & Edwards, APC
530 B St., Ste. 610
San Diego, CA 92101

Chief, Spec. Proc., Section-Insolvency
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Dept. of Industtrial Relations Labor Law
Enforcement State of CA
1550 W. Main Street
El Centro, CA 92243-2105

Div. of Labor Standards Enforcement
State of California
7575 Metropolitan Dr., Ste. 210
San Diego, CA 92108-4424

Duane S. Urquhart Enterprises
1692 Lochness Dr.
Fallbrook, CA 92028

Dun & Bradstreet
P.O. Box 520
Center Valley, PA 18034-0520

Employment Develop. Dept. State of CA
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Employment Development Dept.
P.O. Box 120831
San Diego, CA 92112-0831

Fallbrook Public Utility Dist.
P.O. Box 2290
Fallbrook, CA 92088

Farmers and Merchants Bank
P.O. Box 21337
Long Beach, CA 90801

Franchise Tax Board, State of CA
Bankruptcy Section MS A340
P.O. Box 2952

Sacramento, CA 95812-2952

Grangetto's Farm & Garden
Supply Company
P.O. Box 463095
Escondido, CA 92046

Lauer, Georgatos & Covel, APC
525 B St., Ste. 1470
San Diego, CA 92101

Meritage Homes
c/o Ed Huguenin
3741 Douglas Blvd.,#290
Roseville, CA 95661

San Diego Gas and Electric
571 Enterprise St.
Escondido, CA 92029

State Board of Equalization
State of California
P.O. Box 942879
Sacramento, CA 92479

U.S. Small Business Administration
Southern California Legal Unit
330 N. Brand Blvd.,Ste. 1200
Glendale, CA 91203-2304

U.S. Trustee, Dept of Justice
880 Front Street, Suite 3230
San Diego, CA 92101-8897

000007

## PARTNERSHIP AUTHORIZATION AND RESOLUTIONS
### (Peppertree Land Company)

**PEPPERTREE LAND COMPANY** ("Company"), a partnership duly organized and in good standing under the laws of the State of California, does hereby adopt the following resolutions:

**WHEREAS**, the general partners of the Company have considered the financial condition and circumstances of the Company and have made the informed determination that the most prudent course is to commence a bankruptcy proceeding, and, further, that it is in the best interests of the Company and its partners, creditors and other interested parties, to file a voluntary petition (the "**Voluntary Petition**") for relief under chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

1. **Filing of Voluntary Petition**

**NOW, THEREFORE, BE IT RESOLVED**, that the Company file a Voluntary Petition seeking relief under chapter 11 of the Bankruptcy Code in the manner described below.

2. **Appointment of Designated Individual**

**RESOLVED**, that Duane Scott Urquhart be, and hereby is, appointed as Designated Individual of the Company and vested with the powers enumerated in California Corporations Code Section 1400.

3. **Actions by Designated Individual**

**RESOLVED**, that the Company hereby authorize, empower, and designate the Designated Individual to cause the preparation and filing of the Voluntary Petition, schedules, statement of financial affairs, lists, affidavits, pleadings and other papers or documents, and to take any and all actions which he deems necessary or appropriate for and on behalf of the Company to obtain relief under the Bankruptcy Code; and be it

**FURTHER RESOLVED**, that the Designated Individual be, and hereby is, authorized and empowered on behalf of, and in the name of, the Company to act as the responsible person for the Company as debtor-in-possession, and take such actions as he deems necessary or appropriate to pursue and maximize the benefits of the Company's restructuring in chapter 11, including without limitation (a) making arrangements for use of cash collateral and/or entering into other financial arrangements, including debtor-in-possession financing, in such amounts, with such interest rates and with such maturities as the Designated Individual may determine in his sole discretion; (b) pursuing and consummating any sale or sales of the Company's assets he deems necessary or appropriate, and (c) proposing, confirming, and performing under a bankruptcy plan of reorganization or liquidation, and negotiating, executing and delivering on behalf of the Company any and all agreements that may be necessary or appropriate to accomplish such actions; and be it

**FURTHER RESOLVED**, that the Designated Individual be, and hereby is, authorized to employ Foley & Lardner LLP as general bankruptcy counsel to the Company as well as other qualified legal counsel as he shall determine as special or conflicts counsel pursuant to section 327 of the Bankruptcy Code if and as necessary or appropriate to advance the Company's rights in the chapter 11 proceeding; and be it

**FURTHER RESOLVED** that the Designated Individual be, and hereby is, authorized to employ any additional financial advisors, attorneys, or consultants to the Company as the Designated Individual deems necessary or appropriate to represent and assist the Company in considering restructuring alternatives and carrying out its duties under the Bankruptcy Code.

4.      **Prior Related Acts**

**RESOLVED**, that all of the acts and transactions of the Designated Individual relating to matters contemplated by the foregoing resolutions, taken in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

**IN WITNESS WHEREOF**, the undersigned certifies that the foregoing is a correct copy of the Resolutions passed as herein set forth and that the same are in full force and effect and that these Resolutions have been executed effective as of August 22, 2017 (the "**Effective Date**").

MANAGING GENERAL PARTNER
Duane S. Urquhart
By: _____
Duane S. Urquhart

GENERAL PARTNER
Osgood Family Trust dated Mar 16, 2004
By: _____
Walter Osgood, as Trustee

2